

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Billy Marquis d/b/a Marquis Brothers General Construction, Appellant

No. 06-25-00032-CV　　　v.

Zachary Sadeghian, Trustee of Kamy Real Property Trust, Appellees

Appeal from the 431st District Court of Denton County, Texas (Tr. Ct. No. 24-2092-431). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Billy Marquis d/b/a Marquis Brothers General Construction, pay all costs incurred by reason of this appeal.

RENDERED DECEMBER 31, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk